JOSEPH P. HARDY
Nevada Bar No. 7370
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: jhardy@gordonrees.com

*Attorneys for Defendant
Takeda Pharmaceuticals U.S.A., Inc.,
f/k/a Takeda Pharmaceuticals North America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE GOODMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., an Illinois corporation; ASTRAZENECA PHARMACEUTICALS LP, a Delaware corporation; SANTARUS, INC., a California corporation; JANSSEN PHARMACEUTICALS, INC., a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-1083-MMD-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. ("TPNA"), hereby consents to the substitution of JOSEPH P. HARDY of the law firm of Gordon & Rees LLP in place and instead of GEORGE KOKKINES, Associate General Counsel for TPNA, as counsel of record for TPNA.

DATED this 2nd day of August, 2012.

TAKEDA PHARMACEUTICALS U.S.A., INC.,
f/k/a Takeda Pharmaceuticals North America, Inc.

By: *Stacey Calahan*
Name: Stacey Calahan
Its: Assistant General Counsel, Litigation at Takeda Pharmaceuticals U.S.A., Inc.

-1-

GEORGE KOKKINES, Associate General Counsel for Takeda Pharmaceuticals, U.S.A., Inc., f/k/a Takeda Pharmaceuticals North America, Inc., hereby consents to the substitution of JOSEPH P. HARDY of the law firm of Gordon & Rees LLP in his place and stead as counsel of record for TPNA in the above-entitled matter.

DATED this 2nd day of August, 2012.

TAKEDA PHARMACEUTICALS U.S.A., INC.,
f/k/a Takeda Pharmaceuticals North America, Inc.

*(signature)*

GEORGE KOKKINES
Associate General Counsel
Litigation and Compliance
Takeda Pharmaceuticals U.S.A., Inc.
One Takeda ParkwaY
Deerfield, Illinois 60015

*Former Counsel for TPNA*

JOSEPH P. HARDY, of the law firm of Gordon & Rees LLP, hereby accepts the substitution of counsel in place and stead of GEORGE KOKKINES, Associate General Counsel for Takeda Pharmaceuticals, U.S.A., Inc., f/k/a Takeda Pharmaceuticals North America, Inc., as counsel of record for TPNA in the above-entitled matter. I am duly admitted to practice in this District.

DATED this 2d day of August, 2012.

GORDON & REES LLP

By: *(signature)*
JOSEPH P. HARDY
Nevada Bar No. 7370
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

*Attorneys for Defendant TPNA*

Please check one: __X__ RETAINED or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: August 3, 2012

*(signature)*
GEORGE FOLEY, JR.
United States Magistrate Judge

-2-