# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE GOODMAN, | ) | |
| Plaintiff, | ) ) | Case No. 2:12-cv-01083-MMD-GWF |
| vs. | ) ) | **ORDER** |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

   This matter is before the Court on Astrazeneca Pharmaceuticals' Motion to Stay Discovery (#23), filed July 18, 2012; Takeda Pharmaceuticals' Joinder (#24), filed July 23, 2012; and Santarus' Joinder (#28), filed July 30, 2012. Also before the Court is the Trustee's Motion for Substitution as Real Party in Interest and Request for Hearing (#36) filed August 9, 2012; AstraZeneca's Response (#39), filed August 21, 2012; and Janseen Pharmaceuticals' and Johson & Johnson's Joinder (#50), filed August 21, 2012. The Court conducted a hearing on this matter on August 22, 2012. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

   **IT IS ORDERED** that the Motion to Stay Discovery (#23), pending the decision on Defendant AstraZeneca Pharmaceuticals' Motion to Dismiss, is **granted**.

. . .

. . .

. . .

. . .

1       **IT IS FURTHER ORDERED** that the Motion for Substitution as Real Party in Interest should be decided by the District Judge in conjunction with the decision of Defendant AstraZeneca Pharmaceuticals' Motion to Dismiss (#12).

      DATED this 22nd day of August, 2012.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge