UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE GOODMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., *et al.*,<br><br>        Defendants. | Case No.  2:12-cv-01083-MMD-GWF<br><br>**ORDER** |

    This matter is before the Court on the Stipulation and Order Staying all Proceedings for Ninety Days (#65), filed March 11, 2014.  Upon review and consideration,

    **IT IS ORDERED** that the Stipulation and Order Staying all Proceedings for Ninety Days (#65) is granted in part and denied in part.  The Court will grant a stay of this matter through April 21, 2014, which is two weeks after the mediation is to occur on April 7, 2014.

    **IT IS FURTHER ORDERED** that the parties are to file a status report on or before **April 21, 2014** advising the court the outcome of the mediation.

    DATED this 14th day of March, 2014.

                                           */s/ George Foley Jr.*
                                           GEORGE FOLEY, JR.
                                           United States Magistrate Judge