1  Craig D. Slater, Esq.
   Nevada Bar No. 8667
2  **LUH & ASSOCIATES**
   8987 W. Flamingo Road, Suite 100
3  Las Vegas, NV  89147
   T: (702) 367-8899; F: (702) 384-8899
4  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| STEVE GOODMAN, an individual, | CASE NO.:   2:12 –CV-01083-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TAKEDAPHARMACEUTICALS NORTH AMERICA, INC., an Illinois Corporation; ASTRAZENECA PHARMACEUTICALS, LP, a Delaware Corporation; SANTARUS, INC., a California Corporation; JANSSEN PHARMACEUTICALS, INC., a New Jersey Corporation; JOHNSON & JOHNSON, a New Jersey Corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

The following parties, by and through their respective counsel, as identified below, hereby submit this Stipulation and Order Dismissing Case.

IT IS HEREBY STIPULATED by Plaintiff, STEVE GOODMAN, and Defendants, TAKEDA PHARMACEUTICALS U.S.A., Inc. fka TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., SANTARUS, INC., JANSSEN PHARMACEUTICALS, INC., and JOHNSON & JOHNSON, that this action is hereby dismissed **with** prejudice in its entirety.

/ / /

/ / /

1

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party to bear its own fees and costs.

DATED this 16th day of April, 2015.

| | |
|---|---|
| **LUH & ASSOCIATES** | **GORDON & REES LLP** |
| /s/ Craig Slater | /s/ Joseph P. Hardy |
| _____ | _____ |
| Craig D. Slater, Esq.<br>Nevada Bar No. 8667<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, NV  89147<br>*Counsel for Plaintiff* | Joseph P. Hardy, Esq.<br>Nevada Bar No. 7370<br>3770 Howard Hughes Parkway, Suite 100<br>Las Vegas, NV 89169<br>*Counsel for Takeda Pharmaceuticals U.S.A., Inc. f/k/a Takeda Pharmaceuticals North America, Inc.* |
| **MORRIS LAW GROUP** | **MORRIS POLICH & PURDY LLP** |
| /s/ Robert McCoy | /s/ Nicholas M. Wieczorek |
| _____ | _____ |
| Robert McCoy, Esq.<br>Nevada Bar No. 9121<br>Joni A. Jamison, Esq.<br>Nevada Bar No. 11614<br>900 Bank of America Plaza<br>300 South Fourth St.<br>Las Vegas, NV 89101<br>*Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.* | Nicholas M. Wieczorek, Esq.<br>Nevada Bar No. 6170<br>500 S. Rancho Dr., Suite 17<br>Las Vegas, NV 89106<br>*Counsel for Santarus, Inc.* |

**IT IS SO ORDERED**

DATED this  24th    of April, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

2